

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00804-CV

**IN RE** Jackie **SANCHEZ**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

Delivered and Filed: December 31, 2025

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE; EMERGENCY MOTION FOR TEMPORARY RELIEF IS DENIED AS MOOT

Relator filed her petition for writ of mandamus and emergency motion for stay on December 11, 2025. Rules 52.3 and 52.7 of the Texas Rules of Appellate Procedure require the relator to file with the petition for writ of mandamus a record that includes a certified or sworn copy of every document that is material to their claim for relief and that was filed in any underlying proceeding, including a copy of the order complained of, as well as a properly authenticated transcript of any relevant testimony or a statement that no testimony was adduced in connection with the matter complained of. *See* TEX. R. APP. P. 52.3(k)(1)(B) and 52.7(a). The requirements of

---

[1]This proceeding arises out of Cause No. 2022CI07022, styled *In the Interest of D.J.Y.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.

mandamus dictate that the relator provide a sufficient record showing that they are entitled to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); *In re Marty, Inc.*, No. 04-20-00067-CV, 2020 WL 557076, at \*1 (Tex. App.—San Antonio Feb. 5, 2020, orig. proceeding). We may deny a petition for a writ of mandamus for an inadequate record alone. *See In re Blakeney,* 254 S.W.3d 659, 662 (Tex. App. 2008).

Relator has not provided a sufficient record to demonstrate that she is entitled to mandamus relief. *See* TEX. R. APP. P. 52.7(a). Having considered the petition for writ of mandamus, emergency motion for stay, and the record provided, this court concludes that relator has not established that she is entitled to the relief sought. The petition for writ of mandamus is **DENIED** without prejudice. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM